FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 OCT 20 AM 8: 41

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In the Matter of the )
Tax Indebtedness of: )        Civil Case No. 4:14cv3211
                     )        ~~Misc. Case No.: 4:14-mc-03026~~
GEORGE E. FOX.       )
_____)

## NOTICE AND ORDER TO SHOW CAUSE

You, George E. Fox, are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to LEVY upon the real property located at 201 N. Elm Street, Tilden, Nebraska 68781 (the "Property"), in order to sell your interest to satisfy part or all of your unpaid federal income tax liabilities, plus interest and penalties according to law, for the following tax periods and for the following amounts:

| Tax Period | Assessment Date | Amount of Tax Assessment | Penalties Assessed | Balance as of 10/1/2014 |
|---|---|---|---|---|
| 2001 | 12/19/2005 | $21,597 | $9,874.89 | $40,502.87 |
| 2003 | 10/1/2007 | $902 | $451 | $2,145.49 |
| 2004 | 10/1/2007 | $3,218 | $1,609 | $7,282.86 |
| 2006 | 11/1/2010 | $3,573 | 1,689.67 | $6,909.29 |
| 2007 | 9/27/2010 | $2,233 | 1,060.66 | $4,098.08 |
| 2008 | 12/20/2010 | $10,061 | 4,573.96 | $16,646.42 |
| 2009 | 10/25/2010 | $12,704 | $5,844.40 | $20,828.67 |
| TOTAL | | | | $98,413.68 |

This Court has examined the United States' Petition for Judicial Approval of Levy upon Principal Residence and the accompanying Declaration, and it is hereby ORDERED that you have 30 days from the date you are served with this Order to file with the Clerk of the Court a written OBJECTION TO PETITION. Any written OBJECTION TO PETITION should demonstrate either that:

  A. your liabilities have been satisfied; OR

  B. you have other assets from which the unpaid tax liabilities can be satisfied; OR

  C. applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

It is FURTHER ORDERED that if you file a written OBJECTION TO PETITION with the Clerk of Court, the Court will hold a hearing to determine the facts of this case. The hearing will be scheduled upon the filing of your OBJECTION TO PETITION, if one is filed.

It is FURTHER ORDERED that, in addition to filing your OBJECTION TO PETITION with the Clerk of the Court, you must also mail a copy of your OBJECTION TO PETITION to the attorney for the United States, Jose A. Olivera, U.S. Department of Justice, Tax Division, P.O. Box 7238, Washington, DC 20044, on or before the filing date.

If you do not file an OBJECTION TO PETITION within 30 days of the date you are served with this order, or if you file an OBJECTION TO PETITION, but fail to appear before the Court for the hearing, once scheduled, the Court will enter an ORDER APPROVING AN INTERNAL REVENUE SERVICE LEVY ON THE REAL PROPERTY LOCATED AT 201 N. Elm Street, Tilden, Nebraska, 68781.

It is FURTHER ORDERED that a copy of this NOTICE AND ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be served upon George E. Fox within 5 days of the date of this Order by the U.S. Marshals Service, or by any manner of service described in Rule 4(e)(1) of the Federal Rules of Civil Procedure.

So ordered this 20th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE