*Clerk of the Court*
*Robert V. Denney Fed Bld.*
*100 Centennial Mall North.*
*Room 593*
*Lincoln Ne. 68508*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CIVIL CASE   NO. 4:14cv3211
In the matter of the tax indebtedness of:
GEORGE E. FOX

OBJECTION TO PETITION
    OBJECTION TO PETITION OF LEVY UPON PRINCIPLE RESIDENSE OF MR. GEROGE E. FOX.   201 N. ELM ST.   TILDEN, NEBRASKA,   68781.
    PARAGRAPH 4-C
    APPLICABLE LAWS AND ADMINISTRATIVE PROCEDURES RELEVENT TO THE LEVEY WERE NOT FOLLOWED BY THE INTERNAL REVENUE SERVICE.
    INCORRECT INCOME TOTALS WERE SUBMITTED BY THE INTERNAL REVENUE SERVICE.
    THE INTERNAL REVENUE SERVICE KNOWINGLY LIED ABOUT NO OTHER KNOWN OCCUPANTS RESIDING ON THIS SAID PROPERTY.   THERE IS A FAMILY OF FOUR, TWO PARENTS AND TWO CHILDREN AGES 1 YR. AND 3 YRS OLD.   THEY HAVE LIVED AT THIS ADDRESS FOR 3 YEARS AND THE INTERNAL REVENUE SERVICE KNEW IT AND HAD INQUIRED ABOUT THEM.

                  RESPECTIVELY SUBMITTED

                  GEORGE E. FOX     11-29-14

*George E Fox*

2014 DEC -4 PM 12: 17
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CIVIL CASE   NO. 4:14cv3211
In the matter of the tax indebtedness of:
GEORGE E. FOX

OBJECTION TO PETITION

    OBJECTION TO PETITION OF LEVY UPON PRINCIPLE RESIDENSE OF MR. GEROGE E. FOX.  201 N. ELM ST.  TILDEN, NEBRASKA,  68781.

    PARAGRAPH 4-C

    APPLICABLE LAWS AND ADMINISTRATIVE PROCEDURES RELEVENT TO THE LEVEY WERE NOT FOLLOWED BY THE INTERNAL REVENUE SERVICE.

    INCORRECT INCOME TOTALS WERE SUBMITTED BY THE INTERNAL REVENUE SERVICE.

    THE INTERNAL REVENUE SERVICE KNOWINGLY LIED ABOUT NO OTHER KNOWN OCCUPANTS RESIDING ON THIS SAID PROPERTY.   THERE IS A FAMILY OF FOUR, TWO PARENTS AND TWO CHILDREN AGES 1 YR. AND 3 YRS OLD.   THEY HAVE LIVED AT THIS ADDRESS FOR 3 YEARS AND THE INTERNAL REVENUE SERVICE KNEW IT AND HAD INQUIRED ABOUT THEM.

                        RESPECTIVELY SUBMITTED

                        GEORGE E. FOX     11-29-14

TAMPA FL 335
SAINT PETERSBURG FL

RECEIVED
DEC 0 4 2014
CLERK
U.S. DISTRICT COURT
LINCOLN

Clerk of the Court
Robert V. Denney Fed. Bldg.
100 Centennial Mall North
Lincoln, NE. 68508

H. Fox
68781-0282