UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 JAN -5 PM 2: 24

OFFICE OF THE CLERK

REQUEST FOR EXTENSION

INTERNAL REVENUE SERVICE

  PLAINTIFF,

VS.

4;14-CV-3211
DISTRICT COURT CASE NUMBER

GEORGE E. FOX

  DEFENDENT.

THE DEFENDENT ASKS THE COURT FOR AN EXTENSION OF TIME (60) DAYS, TO OBTANE COUNCIL FOR THE HEARING. TO TRY AND LINE UP FINANCES. AND TO FIND NEW HOUSING FOR MY DAUGHTER AND HER FAMILY.

12-26-2014
DATE

s/ George Fox
ATTORNEY OR PRO SE PARTY

RECEIVED

JAN 5 2015

CLERK
U.S. DISTRICT COURT
OMAHA

george fox
p.o. box 282
tilden, ne. 68781-0282

OMAHA NE 680

02 JAN 2015 PM 1 L



OMAHA DISTRICT COURT
111   S-18th PLAZA SUITE 1152
OMAHA, NE.   68102

**RECEIVED**

JAN 5   2015

CLERK
U.S. DISTRICT COURT
OMAHA

68102132277