**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Petitioner,** | **4:14CV3211** |
| **vs.** | |
| **GEORGE E. FOX,** | **ORDER** |
| **Respondent.** | |

This matter is before the court on George E. Fox's (Mr. Fox) motion to continue the hearing in this matter for sixty days.  **See** Filing No. 8 - Motion.  Mr. Fox represents he needs time to obtain counsel, arrange his finances, and locate housing for his daughter and her family.  ***Id.***  Natalie M. Loebner, counsel for the government, called the undersigned magistrate judge's chambers on January 5, 2015, and stated the government will not oppose the motion.  Upon consideration,

**IT IS ORDERED**:

1.     Mr. Fox's motion (Filing No. 8) is granted.

2.     The hearing in this matter is rescheduled to be held before the undersigned magistrate judge on **Friday, March 6, 2015, at 10:00 a.m.**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Counsel for the plaintiff and Mr. Fox are required to attend the hearing.

3.     The Clerk of Court shall mail a copy of this Order to Mr. Fox at:

George E. Fox
203 N. Elm Street
Tilden, Nebraska 68781

Dated this 6th day of January, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge